## United States District Court
### Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA45 | 9025751 | KEVIN DAVIS | 3P389 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged  ☒ CFR  ☐ USC  ☐ State Code |
|---|---|
| 10/17/2019 | 41 CFR 102-74.390 |

Place of Offense: Virginia Beach Social Security Administration

Offense Description: Factual Basis for Charge — HAZMAT ☐

Disturbance

**DEFENDANT INFORMATION**

Last Name: JAMES
[redacted] J

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 600 GRANBY STREET, NORFOLK, VA 23510
Date: JAN 8, 2021
Time: 9:00

X Defendant Signature: [signed]

Original - CVB Copy

*9025751*

---

(For issuance of an arrest warrant or summons)

I state that on OCT 17, 20 19 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

The Aforementioned created a disturbance by refusing to stop filming resulting in the PSO, SSA manager attempting to get Mr. James to stop filming and when asked to leave refusing to leave until the PS arrived 50 min later. The O/S manager was also involved. People seated in the lobby also left because they did not want to be filmed.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/17/2019  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA45 | 9025751 | Kevin Davis | 3 P389 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 10/17/2019 | 41 CFR 102-74.390 |

Place of Offense: Virginia Beach Social Security Administration

Offense Description: Factual Basis for Charge   HAZMAT ☐

Disturbance

### DEFENDANT INFORMATION   Phone: (757) 510-6942

| Last Name | First Name | M.I. |
|---|---|---|
| James | Jeremy | J |

Street Address: P.O. Box 2395, VA or 3444 Thalia Dr

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Virginia Beach | VA | 23450 | 10/06/1970 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | 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 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brn | Brn | 5'10 | 195 |

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 600 Granby Street Norfolk, VA 23510 | Jan 8, 2021 |
| | Time: 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  X _____

Original - CVB Copy

*9025751*

CVB SCAN 12/02/2019 13:38

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct 17, 20 19 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

The Aforementioned created a disturbance by refusing to stop filming resulting in the PSO, SSA manager attempting to get Mr. James to stop filming and when asked to leave refused to leave until FPS arrived so min late. The O/S manager was also involved. People seated in the lobby also left because they did not want to be filmed.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/17/2019 _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 12/02/2019 13:38